# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:** 9/14/2020  **CASE NUMBER:** 4:18cr223(3)
**LOCATION:** Plano, TX   USA
**JUDGE:** Richard A. Schell   **Ernest Gonzalez**   Assigned
**DEP.CLERK:** Bonnie Sanford  V.  **Glenn Roque-Jackson**   Appeared
**REPORTER:** Gayle Wear
**USPO:** Russell Turkel   **JOSEPH WAYNE MOODY**
**INTERP:** Not Required   Defendant

**Garland Cardwell**
Defense Attorney

**Begin**: 10:26 am    **Adjourn**: 10:42 am

## SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|----|---------|------|------|------|---------|-------|------|-----------|
| 1 | 360 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

The court recommends RDAP while incarcerated.
The court recommends FCI Seagoville, TX, or El Reno, OK.

Govt motion to dismiss remaining count granted.

Defendant remanded to the U.S. Marshal.

X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.